IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00148-RLV-DSC

| | |
|---|---|
| PRIME CHOICE SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC., | ) |
| | ) |
| Defendant. | ) |

Based upon the foregoing "Consent Motion to Transfer Venue …" (document #8), and for good cause shown, it is **ORDERED** that this action is hereby transferred to the United States District Court for the Eastern District of Wisconsin. It is further **ORDERED** that Defendant Schneider Logistics Transloading and Distribution, Inc. retains the right to answer, and assert defenses and counterclaims, or to file a responsive pleading to the Plaintiff's Complaint in the United States District Court for the Eastern District of Wisconsin up to thirty (30) days after entry of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: December 2, 2013

David S. Cayer
United States Magistrate Judge